Christopher Maurice Watts
ID # C489618
Baltimore County Department of Corrections
720 Bosley Ave
Towson, MD 21204

United States District Court
District of Maryland
Southern Division
Clerk's Office
6500 Cherrywood Lane
Greenbelt, MD 20770

BALTIMORE MD 212
4 FEB 2025 PM 2

FILED ENTERED
LODGED RECEIVED

FEB 06 2025

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

20770-124699

Case 1:24-cv-01300-TDC



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022